UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEILA SIMON,          )<br>                       )<br>    Plaintiff      )<br>                       )<br>    v.                 )<br>                       )<br>UNUM LIFE INSURANCE    )<br>COMPANY OF AMERICA, and)<br>HARVARD YARD CHILD CARE)<br>CENTER GROUP SHORT AND )<br>LONG TERM DISABILITY PLAN, )<br>                       )<br>    Defendants         ) | Civil Action No. 04-CV-10422-MLW |

**CERTIFICATE OF GERALDINE G. SANCHEZ
FOR ADMISSION *PRO HAC VICE* IN THE
U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1)     I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)     My office address and telephone number are: Pierce Atwood, One Monument Square, Portland, ME 04101 (207-791-1100).

{W0227958.1}

(3)  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4)  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Leila Simon v. Unum Life Insurance Company of America, et al.*

Sworn to this date under penalties of perjury.

DATED: 4-12-04

Geraldine G. Sanchez

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0227958.1}

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA 02108

DATED: 4-12-04

_____
John J. Aromando, BBO #545648
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

{W0227958.1}