UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LEILA SIMON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-10422-MLW |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, and | ) | |
| HARVARD YARD CHILD CARE | ) | |
| CENTER GROUP SHORT AND | ) | |
| LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the

District of Massachusetts the below-named attorney enters an appearance as counsel for

Defendants:

> John J. Aromando
> Pierce Atwood
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

DATED: 4-12-04

John J. Aromando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0227958.1}