UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEILA SIMON,<br><br>    Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and HARVARD YARD CHILD CARE CENTER GROUP SHORT AND LONG TERM DISABILITY PLAN,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-CV-10422-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including June 7, 2004. The grounds for the present Motion are that the parties are currently involved in active settlement discussions, and the matter may be resolved without the necessity of further court proceedings.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to June 7, 2004, within which to respond to Plaintiff's Complaint.

SCANNED
DATE: 5-11-04

DATED: May 4, 2004

                                                _____
                                                John J. Aromando, BBO # 545648
                                                PIERCE ATWOOD
                                                One Monument Square
                                                Portland, ME  04101
                                                (207) 791-1100

                                                *Attorneys for Defendants*

{W0235697.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA 02108

DATED: May 4, 2004

_____
John J. Aromando, BBO #545648
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100

{W0235697.1}