UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEILA SIMON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action 04-cv-10422-MLW ) ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and HARVARD YARD CHILD CARE CENTER GROUP SHORT AND LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Leila Simon, and the Defendants, Unum Life Insurance Company of America and Harvard Yard Child Care Center Group Short and Long Term Disability Plan, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

Respectfully submitted,

LEILA SIMON,
By Her Attorney,

Mala M. Rafik
Rosenfeld & Rafik
44 School Street
Boston, MA  02108

UNUM LIFE INSURANCE
COMPANY OF AMERICA
and HARVARD YARD
CHILD CARE CENTER
GROUP SHORT AND LONG
TERM DISABILITY PLAN
By Their Attorney,

Geraldine G. Sanchez
Pierce Atwood LLP
One Monument Square
Portland, ME  04101